# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 12, 2007*

[Cite as *01/12/2007 Case Announcements*, 2007-Ohio-105.]

## MOTION AND PROCEDURAL RULINGS

**2006–2407.   Plough v. Lavelle.**
Portage App. No. 2005–P–0083, 2006-Ohio-6200. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' expedited motion for stay of the court of appeals' judgment,
    It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 16, 2007*

[Cite as *01/16/2006 Case Announcements*, 2007-Ohio-107.]

## MOTION AND PROCEDURAL RULINGS

**2006–1366.   State v. Short.**
Montgomery C.P. No. 2004CR02635. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for stay of execution pending appeal,
    It is ordered by the court that the motion is granted.

**2006–1581.   State v. Thacker.**
Franklin App. No. 05AP–834, 2006-Ohio-3449. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of attorney G. Gary Tyack's motion to withdraw as counsel for appellant,
    It is ordered by the court that the motion is granted.
    It is further ordered that the court of appeals shall appoint counsel for appellant pursuant to S.Ct.Prac.R III(7). A copy of this entry shall be sent to the court of appeals by the Clerk of this court, and appointed counsel shall file a copy of the court of appeals' entry of appointment with the Clerk of this court.

**2006–1687.   State v. Silverman.**
Franklin App. Nos. 05AP–837, 05AP–838, and 05AP–839, 2006-Ohio-3826. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of attorney G. Gary Tyack's motion to withdraw as counsel for appellant,
    It is ordered by the court that the motion is granted.
    It is further ordered that the court of appeals shall appoint counsel for appellant pursuant to S.Ct.Prac.R III(7). A copy of this entry shall be sent to the court of appeals by the Clerk of this court, and appointed counsel shall file a copy of the court of appeals' entry of appointment with the Clerk of this court.